UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDON PAUL MCLEAN,

     Plaintiff,

v.                                                    Case No.  6:24-cv-2278-CEM-UAM

CHIEF LAURA L. BEDARD,
DIRECTOR J. HERNANDEZ, and
CHAPLAIN A. HYER,

     Defendants.

_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on the following matters:

1.    Plaintiff's Motion for Default Judgment (Doc. 13) is **DENIED**. Service has not been effectuated on Defendants. Consequently, default judgment is not warranted.

2.    Plaintiff's Motion for Copy (Doc. 14) is **GRANTED** to the extent that the **Clerk of Cour**t shall mail to Plaintiff, along with this Order, a copy of the Local Rules for the Middle District of Florida.

3.    Within **TWENTY (20) DAYS** from the date of this Order, the **United States Marshal** shall mail, via certified mail, one copy of the Amended Civil Rights Complaint (Doc. 7), two copies of the Notice of Lawsuit and Request for Waiver

of Service of Summons, two copies of the Waiver of the Service of Summons, and one copy of this Order to each Defendant.[1] The Marshal shall fill in the date of mailing in the blanks at the end of the Notice of Lawsuit and Request for Waiver of Service of Summons forms that read: "I certify that this request is being sent to you on the date below." The Marshal also shall fill in the date of mailing in the blanks on the Waiver of the Service of Summons forms in the sentence that state: "I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States)." The Marshal shall send Defendants a stamped, self-addressed envelope for returning the Waiver of the Service of Summons to the Court. All costs of mailing shall be advanced by the United States.

4.    Defendants shall have thirty (30) days from the date that the Waiver of the Service of Summons was sent to return the Waiver of the Service of Summons if they choose to do so. If Defendants choose to return the Waiver of the Service of Summons, they may use the addressed, stamped envelope provided.

---

[1]Although Defendants may file the Waiver of the Service of Summons (the "Waiver") directly with the Court, in the event Defendants return the Waiver directly to Plaintiff, Plaintiff shall file the Waivers with the Court within ten days of receipt thereof. Plaintiff's failure to do so may result in the dismissal of this action without further notice.

5.     If Defendants return the Waiver of the Service of Summons, Defendants shall have sixty (60) days from the date that the Waiver of the Service of Summons was sent (by the Marshal) in which to answer or otherwise respond to the Amended Complaint.

6.     If Defendants do not return the Waiver of the Service of Summons, the Marshal will be directed to personally serve Defendants. In that event, Defendants shall have **TWENTY-ONE (21) DAYS** from the date of service of process in which to answer or otherwise respond to the Amended Complaint. Defendants will also be charged for the cost of service of process.

7.     Before counsel has appeared for Defendants, Plaintiff shall send to Defendants a copy of every further pleading, motion, or other paper submitted to be filed in this case and to be considered by the Court. After counsel has appeared for Defendants, the copy shall be sent directly to counsel for Defendants, rather than to Defendants personally. Plaintiff shall include with each pleading, motion, or other paper submitted to be filed a certificate stating the date that an accurate copy of the pleading, motion, or other paper was mailed to Defendant or counsel for Defendant.

8.     The **Clerk of Court** is directed to provide the Marshal with the following for each Defendant: 1) two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of the Service of

3

Summons, and five copies of the USM-285 form; 2) a copy of the Amended Complaint (Doc. 7); and 3) a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida June 10, 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Unrepresented Party

4